March 6, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

BOBBY SHAFER, Appellant

NO. 14-11-01066-CV                 V.

ORR REALTY CORPORATION, OASIS CAR CARE
AND WEST HOUSTON AUTO STORAGE, INC., Appellees
_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on December 6, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by BOBBY SHAFER.

We further order this decision certified below for observance.